Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone:  (406) 586-9714
Facsimile:  (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice* forthcoming)
Shannon B. Timmann (*Pro Hac Vice* forthcoming)
Hannah Menchel (*Pro Hac Vice* forthcoming)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
andy.phillips@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARC COHODES,<br><br>　　　　　Defendant. | Civil Action No. CV-24-175-BU-JTJ<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Holbrook Holdings, Inc. states the following:

1

1. it is a financial advisory firm incorporate in the State of Oregon, with its principal place of business located in Atlanta, GA,

2. it is a non-governmental corporate party,

3. it has no parent corporation, and

4. no publicly held corporation owns 10% or more of Holbrook Holdings, Inc.'s stock.

Date:  November 13, 2024	/s/ Matthew J. Kelly_____
Matthew J. Kelly
TARLOW STONECIPHER WEAMER
& KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
mkelly@lawmt.com

--

Andrew C. Phillips (*Pro Hac Vice* forthcoming)
Shannon B. Timmann (*Pro Hac Vice* forthcoming)
Hannah Menchel (*Pro Hac Vice* forthcoming)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com
Email: hannah.menchel@mwpp.com

*Counsel for Plaintiff Holbrook Holdings, Inc.*