Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655
andy.phillips@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| HOLBROOK HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARC COHODES,<br><br>Defendant. | Civil Action No. CV-24-175-BU-JTJ<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** |

Plaintiff Holbrook Holdings, Inc. filed its Complaint against Defendant

1

Marc Cohodes on November 8, 2024. A request for waiver of service was sent by Counsel for Plaintiff to Counsel for Defendant on November 20, 2024, and Counsel for Defendant subsequently executed a waiver of service of the Complaint, which was filed on November 21, 2024. Defendant's response to the Complaint is currently due January 21, 2025. Defendant requests additional time to respond to the Complaint, up to and including February 10, 2025. Plaintiff stipulates and consents to this extension.

Further, the parties stipulate and agree that good cause exists for this extension because Counsel for Defendant has pre-existing commitments that cannot be rescheduled in December and January.

Accordingly, the parties respectfully jointly move the Court for an extension.

Dated: December 16, 2024.

/s/ Matthew J. Kelly
Matthew J. Kelly
TARLOW STONECIPHER WEAMER
& KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
andy.phillips@mwpp.com
shannon.timmann@mwpp.com

        hannah.menchel@mwpp.com

*Counsel for Plaintiff Holbrook Holdings, Inc.*

Dated: December 16, 2024.   */s/ Fred Norton*
Fred Norton
Norton Law Firm
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
(510) 906-4900
fnorton@nortonlaw.com

*Counsel for Defendant Marc Cohodes*