Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655
andy.phillips@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

Calvin J. Stacey
Morgan M. Sorena
Stacey & Funyak
100 N. 27th Street, Suite 700
Billings, MT  59101
Telephone: (406) 259-4545
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC COHODES, <br><br> Defendant. | Civil Action No. CV-24-175-BU-JTJ <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** |

Plaintiff Holbrook Holdings, Inc. filed its Complaint against Defendant Marc Cohodes on November 8, 2024. A request for waiver of service was sent by Counsel for Plaintiff to Counsel for Defendant on November 20, 2024, and Counsel for Defendant subsequently executed a waiver of service of the Complaint, which was filed on November 21, 2024. Defendant's answer to the Complaint was due January 21, 2025. Defendant first requested additional time to respond, up to and including February 10, 2025. Plaintiff stipulated and consented to the extension.

Plaintiff has now been advised that new counsel will be appearing on behalf of Defendant in this matter and as a consequence, a further extension of time in which to appear in this matter has been requested by Defendant's counsel. Defendant requests up to and including February 21, 2025 in which to answer the Complaint or appear in this matter. Plaintiff stipulates and consents to this extension.

Further, the parties stipulate and agree that good cause exists for this extension because Counsel for Defendant is new to this matter having only recently taken over the defense from previous counsel for Defendant and due to previous commitments including the start of a 5-day jury trial on February 10, 2025 in Yellowstone County entitled *Estate of Collin v. Heather Hauser*, Cause No. DV 20-1160, additional time is needed.

Accordingly, the parties respectfully jointly move the Court for an extension.

Dated: January 30, 2025.

/s/ Matt J. Kelly

Matthew J. Kelly
TARLOW STONECIPHER WEAMER
& KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
(202) 318-3655
andy.phillips@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

*Counsel for Plaintiff Holbrook Holdings, Inc.*

Dated: January 30, 2025.

/s/ Calvin J. Stacey

Calvin J. Stacey
Morgan M. Sorena
Stacey & Funyak
100 N. 27th Street, Suite 700
Billings, MT  59101
(406) 259-4545
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

*Counsel for Defendant Marc Cohodes*