Calvin J. Stacey
Morgan M. Sorena
STACEY & FUNYAK
P.O. Box 1139
Billings, MT 59103-1139
Phone: (406)259-4545
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MONTANA
#### BUTTE DIVISION

_____

| | | |
|---|---|---|
| HOLBROOK HOLDINGS, INC. | ) | CAUSE NO.: CV-24-175-BU-JTJ |
| | ) | |
| Plaintiff, | ) | Judge John Johnston |
| | ) | |
| v. | ) | **DEFENDANT MARC COHODES'** |
| | ) | **SPECIAL MOTION TO STRIKE/** |
| MARC COHODES, | ) | **ANTI-SLAPP MOTION PURSUANT** |
| | ) | **TO O.C.G.A. § 9-11-11.1** |
| Defendant. | ) | |

_____

Defendant Marc Cohodes ("Cohodes"), by and through his counsel of record, hereby submits this Motion pursuant to O.C.G.A., § 9-11-11, Georgia's "Anti-SLAPP" statute, as Georgia substantive law applies to this action and the statements which form the basis of Plaintiff Holbrook's claims against Cohodes were statements made by Cohodes in furtherance of his right to free speech in connection with an issue of public interest or concern which could affect large numbers of people beyond the direct participants. Further, the subject of the speech, Holbrook,

1

was an entity in the public eye. Accordingly, this Court must strike Holbrook's claims against Cohodes as there is no probability that Holbrook has will prevail on the claim.

Counsel for Holbrook has been contacted regarding this Motion pursuant to Local Rule 7.1(c)(1) and object to it.

DATED this 25th day of February, 2025.

                              STACEY & FUNYAK

               By:   /s/Calvin J. Stacey
                       Calvin J. Stacey
                       Morgan M. Sorena
                       Stacey & Funyak
                       100 N. 27th Street, Suite 700
                       Billings, MT  59101
                       cstacey@staceyfunyak.com
                       msorena@staceyfunyak.com

                       *Counsel for Defendant Marc Cohodes*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2025, a copy of the foregoing ***Defendant Marc Cohodes' Special Motion to Strike/Anti-SLAPP Motion Pursuant to O.C.G.A. § 9-11-11.1*** was served upon the following counsel of record by the following means:

    1,2,3      CM/ECF
    _____      Hand Delivery
    _____      U.S. Mail

1. Clerk of Court

2. Matthew J. Kelly
   Tarlow Stonecipher Weamer & Kelly, PLLC
   1705 West College Street
   Bozeman, MT   59715
   mkelly@lawmt.com

3. Andrew C. Phillips (*Pro Hac Vice*)
   Shannon B. Timmann (*Pro Hac Vice*)
   Hannah Menchel (*Pro Hac Vice*)
   MEIER WATKINS PHILLIPS PUSCH LLP
   919 18th Street NW, Suite 650
   Washington, DC 20006
   Email: andy.phillips@mwpp.com
   Email: shannon.timmann@mwpp.com
   Email: hannah.menchel@mwpp.com

                      By:    /s/Calvin J. Stacey