# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC COHODES, <br><br> Defendant. | Civil Action No. CV-24-175-BU-JTJ <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Upon consideration of Plaintiff Holbrook Holdings, Inc.'s Unopposed Motion for Extension of Time filed herein, and good cause appearing therefore;

IT IS HEREBY ORDERED that Plaintiff has up to and including March 21, 2025, to file a response to Defendant Marc Cohodes Motion to Strike (Doc. 18).

DATED this 7th day of March, 2025.

_____
John Johnston
United States Magistrate Judge

1