# EXHIBIT 10

**Thumb drive containing 4-minute video file Filed with The United States District Court for the District of Montana, Butte Division**

**Pursuant to Local Rule 5.1(b)(6)**