Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice Pending*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS
PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MARC COHODES, <br><br> *Defendant*. | Civil Action No. CV-24-175-BU-JTJ |

**PLAINTIFFS' NOTICE OF LODGING OF FLASH DRIVE
CONTAINING VIDEO EVIDENCE**

PLEASE TAKE NOTICE THAT, pursuant to L.R. 5-4.2, Plaintiffs hereby notice that the following document is exempt from electronic filing as it is a nonpaper filing under L.R. 5.1(b)(6) and will therefore be manually lodged pursuant

to L.R. 5.1:

- A digital flash drive containing Exhibit 10 to the A. Phillips Declaration In Support of Plaintiffs' Oppositions to Defendants' Motion to Strike/Anti-SLAPP Motion, which is the October 22, 2024 footage of Defendant Marc Cohodes's interview on Hedgeye TV's YouTube channel.

PLEASE TAKE FURTHER NOTICE THAT an identical copy of the October 22, 2024 video will be served on all counsel of record.

Dated: March 21, 2025            /s/ Matthew J. Kelly
                                 Matthew J. Kelly
                                 TARLOW STONECIPHER WEAMER
                                 & KELLY, PLLC
                                 1705 West College Street
                                 Bozeman, MT 59715
                                 (406) 586-9714
                                 mkelly@lawmt.com

                                 Andrew C. Phillips (*Pro Hac Vice*)
                                 Mark Thomson (*Pro Hac Vice Pending*)
                                 Shannon B. Timmann (*Pro Hac Vice*)
                                 Hannah Menchel (*Pro Hac Vice*)
                                 MEIER WATKINS PHILLIPS PUSCH LLP
                                 919 18th Street NW, Suite 650
                                 Washington, DC 20006
                                 (202) 318-3655
                                 andy.phillips@mwpp.com
                                 mark.thomson@mwpp.com
                                 shannon.timmann@mwpp.com
                                 hannah.menchel@mwpp.com

                                 *Counsel for Plaintiff Holbrook Holdings, Inc.*