IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., | CV 24–175–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARK COHODE, | |
| Defendant. | |

Before the Court is Plaintiff Holbrook Holdings, Inc.'s motion for the admission of attorney Mark R. Thomson of Meier Watkins Phillips Pusch LLP, *pro hac vice*, in the above-captioned matter. (Doc. 27.) It appears that Matthew Kelly of Tarlow Stonecipher Weamer & Kelly, PLLC will serve as local counsel in this matter. (*Id.* at 2.) Mr. Thomson's application (*id.* at 3–5.) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED on the condition that Mr. Thomson does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Thomson shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Thomson files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 24th day of March, 2025.

_____
Dana L. Christensen, District Judge
United States District Court