Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH
LLP
1120 20th St NW, Suite 550
Washington, DC 20036
Telephone: (202) 318-3655
andy.phillips@mwpp.com

Counsel for Plaintiff

Calvin J. Stacey
Morgan M. Sorena
STACEY & FUNYAK
100 N. 27th Street, Suite 700
Billings, MT 59101
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC COHODES, <br><br> Defendant. | Civil Action No. CV-24-175-BU-JTJ <br><br> **JOINT DISCOVERY PLAN** |

Plaintiff Holbrook Holdings, Inc. and Defendant Marc Cohodes, through their

respective counsel, submit this Joint Discovery Plan pursuant to Federal Rule of Civil Procedure 26(f), Local Rules 16.2(b)(2) and 26.1(a), and the Court's December 15, 2025 Order (Dkt. No. 45). The parties convened the Rule 26(f) conference on January 4-5, 2026 and discussed all required topics.

**A.    Changes to timing, form, or requirement of disclosures under Rule 26(a)**

The parties do not suggest any changes to the form or requirements for disclosures under Rule 26(a). Plaintiff Holbrook served its initial disclosures on December 24, 2025. Defendant Cohodes will serve his initial disclosures no later than January 30, 2026.

**B.    The subjects on which discovery may be needed and when discovery should be completed**

**Likely Areas of Fact Discovery**: The parties anticipate seeking discovery on all of their respective claims and defenses.

**Likely Areas of Expert Testimony.** Plaintiff and Defendant may seek to introduce expert testimony on liability, causation, and damages.

**Discovery Schedule**. The parties do not presently request that discovery be phased or limited. The parties propose the following discovery schedule:

| Event | Proposed Date / Timing |
|---|---|
| Simultaneous disclosure of all liability experts and Plaintiff's damages experts. | October 9, 2026 |
| Defendant's damages expert disclosures. | December 18, 2026 |

| Close of all discovery. | February 5, 2027 |
|---|---|

**C.    Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced**

Most relevant files and information exist in electronic format, but the parties

do not anticipate that any complex issues related to ESI production will arise in this

case.

**D.    Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502**

The parties will assert any claim of privilege or protection by providing an

itemized privilege log within 30 days of completing a document production. If any

party discovers that privileged or protected information was inadvertently disclosed,

the party will promptly notify the other party. The parties have agreed to a proposed

FRE 502(d) order that they will file for the Court's approval.

**E.    What changes should be made in the limitations on discovery imposed under these [federal] rules or by local rule, and what other limitations should be imposed**

The parties do not presently request any changes in the limitations on

discovery imposed under the Federal Rules of Civil Procedure or the Local Rules.

**F.    Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c)**

The parties do not presently request that the Court enter additional orders

under Rule 26(c) or under Rule 16(b) and (c).


Dated: January 21 , 2026.                 /s/ Matthew J. Kelly
                                          Matthew J. Kelly
                                          TARLOW STONECIPHER WEAMER
                                          & KELLY, PLLC
                                          1705 West College Street
                                          Bozeman, MT 59715
                                          (406) 586-9714
                                          mkelly@lawmt.com

                                          Andrew C. Phillips (*Pro Hac Vice*)
                                          MEIER WATKINS PHILLIPS PUSCH LLP
                                          1120 20th St NW, Suite 550
                                          Washington, DC 20036
                                          (202) 318-3655
                                          andy.phillips@mwpp.com

                                          *Counsel for Plaintiff Holbrook Holdings,
                                          Inc.*


Dated: 1/19 , 2026.

                                          Calvin J. Stacey
                                          Morgan M. Sorena
                                          STACEY & FUNYAK
                                          100 N. 27th Street, Suite 700
                                          Billings, MT 59101
                                          cstacey@staceyfunyak.com
                                          msorena@staceyfunyak.com

                                          *Counsel for Defendant Marc Cohodes*