Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
Telephone: (202) 318-3655
andy.phillips@mwpp.com

Counsel for Plaintiff

Calvin J. Stacey
Morgan M. Sorena
STACEY & FUNYAK
100 N. 27th Street, Suite 700
Billings, MT 59101
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC COHODES, <br><br> Defendant. | Civil Action No. CV-24-175-BU-JTJ <br><br> **JOINT STATEMENT OF STIPULATED FACTS** |

Plaintiff Holbrook Holdings, Inc. and Defendant Marc Cohodes, through their

1

respective counsel, submit this Joint Statement of Stipulated Facts pursuant to Local Rule 16.2(b)(3) and the Court's December 15, 2025 Order (Dkt. No. 45).

## The Parties

1. Plaintiff Holbrook Holdings, Inc. ("Holbrook") is a financial advisory firm that is incorporated in Oregon and has its principal place of business in Atlanta, Georgia.

2. Among the corporate bonds in the portfolio of one of Holbrook's mutual funds are those of B. Riley Financial, Inc.

3. Defendant Marc Cohodes is a citizen of Montana and resides in Manhattan, Montana.

4. In 2023, Cohodes took a short position in B. Riley stock.

5. B. Riley stock is publicly traded on the Nasdaq.

Dated: <u>January 21</u>, 2026.

                                      Andrew C. Phillips (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
(202) 318-3655
andy.phillips@mwpp.com

/s/ Matthew J. Kelly
Matthew J. Kelly
TARLOW STONECIPHER WEAMER
& KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

*Counsel for Plaintiff Holbrook Holdings, Inc.*

Dated: <u>1/19</u>, 2026.

Calvin J. Stacey
Morgan M. Sorena
STACEY & FUNYAK
100 N. 27th Street, Suite 700
Billings, MT 59101
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

*Counsel for Defendant Marc Cohodes*