Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th Street NW, Suite 550
Washington, DC 20036
Telephone: (202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC COHODES, <br><br> Defendant. | Civil Action No. CV-24-175-BU-JTJ <br><br> **PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES** |

Pursuant to Federal Rules of Civil Procedure 33(b), 34(b), and 37(a)(3)(B), Plaintiff Holbrook Holdings moves to compel Defendant Mark Cohodes to fully produce documents responsive to Plaintiff's second, fourth, and sixth requests for production, and to fully respond to Plaintiff's first, fifth, and ninth interrogatories. [*See* Decl. of A. Phillips, Exs. 1 & 2.]  Pursuant to Local Rule 7.1(d)(1)(A), Plaintiff's Brief in Support is filed concurrently with this Motion under separate cover.

## <u>CERTIFICATION CONCERNING MOTION TO COMPEL FEES</u>

Pursuant to Paragraph 9a of the Court's Scheduling Order [Dkt. 51], counsel for Plaintiff certifies that the client has been informed that the non-prevailing party on a motion to compel discovery will pay the opposing party's fees and costs.

Dated: May 13, 2026

*/s/ Matthew J. Kelly*
Matthew J. Kelly
TARLOW STONECIPHER WEAMER & KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
(202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

*Counsel for Plaintiff Holbrook Holdings, Inc.*

2

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 26.3(c)(1), I hereby certify that counsel for Plaintiff has met and conferred with counsel for Defendant concerning the relief sought in this Motion through detailed, comprehensive correspondence, as set forth in Plaintiff's Brief in Support, as well as in the accompanying Declaration of Andrew C. Phillips in Support of Plaintiff's Motion to Compel Discovery Responses and the exhibits thereto.  Despite Plaintiff's efforts over the course of months, Defendant has not agreed to supplement his discovery responses, nor has he committed to a date certain by which he will produce the documents and communications Plaintiff has requested.  Prior to filing this Motion, Plaintiff asked explicitly, again, if Defendant would agree to provide the fulsome responses and documents sought by a date certain.  Defendant's counsel did not respond.

*/s/ Matthew J. Kelly*
Matthew J. Kelly

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ *Matthew J. Kelly*
Matthew J. Kelly

4

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(d)(2)(E), I certify that the foregoing document was prepared using Times New Roman 14-point typeface, contains 3,669 words, which is under the 6,500 word page maximum count pursuant to Local Rule 7.1(d)(2)(A). This certificate was prepared in reliance on the word-count function of Microsoft Word.

*/s/ Matthew J. Kelly*
Matthew J. Kelly