## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

|  |  |
|---|---|
| HOLBROOK HOLDINGS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. CV-24-175-BU-JTJ |
| MARC COHODES, | |
| Defendant. | |

### DECLARATION OF ANDREW C. PHILLIPS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

1.     My name is Andrew C. Phillips.  I am a founding partner of the law firm Meier Watkins Phillips Pusch.  I am counsel to Plaintiff Holbrook Holdings, Inc. in the above-caption matter.

2.     Attached hereto as **Exhibit 1** is Plaintiff's First Set of Interrogatories to Defendant Marc Cohodes, which was served on Defendant's counsel on December 24, 2025.

3.     Attached hereto as **Exhibit 2** is Plaintiff's First Set of Requests for Production to Defendant Marc Cohodes, which was served on Defendant's counsel on December 24, 2025.

4.     Attached hereto as **Exhibit 3** is Defendant's Answers to Plaintiff's First Set of Interrogatories, served by Defendant on February 27, 2026.

5.      Attached hereto as **Exhibit 4** is Defendant's Responses to Plaintiff's First Set of Requests for Production, served by Defendant on February 27, 2026.

6.      Attached hereto as **Exhibit 5** is a letter I sent to Defendant's counsel via email on March 5, 2026.

7.      Attached hereto as **Exhibit 6** is a letter I received from Defendant's counsel on March 10, 2026.

8.      Attached hereto as **Exhibit 7** is a letter I received from Defendant's counsel on April 3, 2026.

9.      Attached hereto as **Exhibit 8** is a letter I sent to Defendant's counsel on April 13, 2026.

10.     Attached hereto as **Exhibit 9** is a letter I received from Defendant's counsel on April 17, 2026.

11.     Attached hereto as **Exhibit 10** is a letter I received from Defendant's counsel on April 23, 2026.

12.     On March 24, 2026, Hedgeye Risk Management made a production in response to a document subpoena that I served on them.  That production included multiple emails communications between Defendant and representatives of Hedgeye about Plaintiff and the statements that are at issue in this case.

13.     Attached hereto as **Exhibit 11** is a letter I received from counsel to Orso Partners, LP, objecting to a subpoena seeking communications with Defendant about

2

Plaintiff on the grounds that Plaintiff should be able to obtain those communications from Defendant.  Defendant has produced no such communications.

14.    Attached hereto as **Exhibit 12** is an email exchange dated May 6, 2026 in which I again asked opposing counsel about our pending discovery requests and whether Defendant would agree to the relief sought in Plaintiff's Motion to Compel. Defendant did not agree.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2026.

_____*/s/ Andrew C. Phillips*_____
Andrew C. Phillips