# Exhibit 4

Calvin J. Stacey
Morgan M. Sorena
STACEY & FUNYAK
P.O. Box 1139
Billings, MT 59103-1139
Phone: (406)259-4545
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

ATTORNEYS FOR DEFENDANT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC. | CAUSE NO.: CV-24-175-BU-JTJ |
| Plaintiff, | Judge John Johnston |
| v. | **DEFENDANT'S RESPONSES** |
| | **TO PLAINTIFF'S FIRST** |
| MARC COHODES, | **SET OF REQUESTS FOR** |
| | **PRODUCTION** |
| Defendant. | |

TO: **Plaintiff Holbrook Holdings, Inc., and its counsel of record, Matt J. Kelly, Tarlow Stonecipher Weamer & Kelly, 1705 West College St., Bozeman, MT 59715-4913; and Andrew C. Phillips, Mark Thomson, Shannon B. Timmann, Hannah Menchel, Meier Watkins Phillips, Pusch, LLP, 1120 20th Street N.W., Suite 550, Washington, DC 20036:**

Defendant Marc Cohodes responds to Plaintiff Holbrook Holdings, LLC's First Set of

Requests for Production as follows:

1

## REQUESTS FOR PRODUCTION

**Request No. 1.**

All documents and communications that you contend provide a factual basis for, or support the truth of, the statements you made in the December 17, 2023 X Post, the February 29, 2024 X Post, and the August 13, 2024 X Post.

**Response**

Objection – Unduly burdensome. Defendant relied on all facts available at the time of the three posts including information involving B. Riley Financial, Inc. most of which was available to the public. (See Answers to Interrogatory Nos. 2, 4, 6, 7 and 8). Defendant, at this time, cannot recall each and every document or communications that he may have examined or considered at or near these dates.

**Request No. 2.**

All documents and communications referencing or relating to Holbrook or its principals Scott Carmack, Michal Burns, and Brian Zeck.

**Response**

Documents and communications responsive to this Request for Production include those that may have been identified on behalf of Plaintiff through his counsel. (*See* September 16, 2024 and September 27, 2024 letters and attachments of Steven M. Wilker in the possession of Plaintiff.) Also produced are copies of all posts Defendant has been able to secure that may involve Plaintiff as well as posts from Plaintiff, Bates stamped MC 0001-MC 0031).

2

**Request No. 3.**

All social media posts, comments, and direct messages sent by or received by you referencing or relating to Holbrook or its principals Scott Carmack, Michal Burns, and Brian Zeck.

**Response**

See documents produced in Response to Request No. 2.

**Request No. 4.**

All communications with Keith McCullough, or any other representative of Hedgeye, relating to or referencing Holbrook or its principals Scott Carmack, Michal Burns, and Brian Zeck.

**Response**

None known in the possession of Defendant however it is noted that a subpoena has been served on Hedgeye Risk Management, LLC dated February 19, 2026 by Plaintiff requesting that any and all communications between Hedgeye members, principals or employees including but not limited to Keith McCullough concerning Plaintiff or its principals have been requested and Defendant reserves the right to review any and all documents produced pursuant to the subpoena in order to supplement this response.

**Request No. 5.**

All documents concerning your investment activities (including borrowing, lending, purchasing, or selling securities or derivatives) related to B. Riley, including documents

sufficient to identify:

    a.  The nature of such investment activities;

    b.  The terms of all transactions related to such investment activities;

    c.  The dates of such investment activities;

    d.  The amounts you paid or received in connection with such investment activities; and

    e.  Your profits or losses in connection with such investment activities.

**Response**

Please see answer to Interrogatory No. 9, incorporated by this reference. The documents requested will not be produced as they are irrelevant, the request is unduly burdensome and discovery into defendant's personal financial investments, profits and loss would be an unwarranted and harassing invasion into his personal financial privacy.

**Request No. 6.**

All communications referencing or relating to B. Riley, including but not limited to your  investment activities concerning B. Riley.

**Response**

Objection – the request is unduly burdensome in that it seeks information irrelevant to the issues raised by Plaintiff in its Complaint.  Additionally, this request is so broad that it also could be seeking documentation, if any, submitted to the SEC and others, all of which would be privileged and not subject to disclosure pursuant to protections afforded defendant pursuant to any and all applicable rules or regulations.  As for X posts, plaintiff should have access to any communications of that type referencing or relating to B. Riley.

Defendant is investigating as to whether or not these X posts are retrievable.

**Request No. 7.**

All documents related to the alleged securities fraud and an unlawful "kickback" scheme mentioned in the February 29, 2024 X Post and the August 13, 2024 X Post.

**Response**

See documents produced, Bates Stamped MC 0001-MC 00131.

**Request No. 8.**

Documents sufficient to show each instance, between January 1, 2022 and present date, in which you publicly attacked a company you had shorted.

**Response**

Objection – relevancy and the request is unduly burdensome.

**Request No. 9.**

All documents and communications related to the veracity of your claims about companies that you shorted between January 1, 2022 and present date.

**Response.**

Objection – relevancy and the request is unduly burdensome.

**Request No. 10.**

All nonprivileged communications related to this lawsuit, including communications with State Farm Fire and Casualty Company or other insurance carriers with any purported or claimed interest in this lawsuit.

**Response**

None.

**Request No. 11.**

All communications with the United States Securities and Exchange Commission relating to B. Riley and/or Holbrook.

**Response**

Objection on the grounds that any and all communications with the SEC are privileged and not discoverable pursuant to federal regulations that may apply to communications from individuals/entities that may be related to communications related to possible securities law violation.

**Request No. 12.**

All documents and communications you referenced, reviewed, or relied upon in drafting your responsive pleadings, responses to Plaintiff's interrogatories, or responses to Plaintiff's requests for admission.

**Response**

To the extent this Request seeks documents and communications between counsel, they are protected pursuant to the attorney-client privilege thus no response will be given. The only responsive pleading submitted as of this date is the Answer of Defendant prepared as a result of privileged communications between counsel and the Defendant thus no documentation will be produced. Documents reviewed to provide responses to discovery requests include Plaintiff's Complaint, Pre-Litigation Correspondence between counsel for the parties, in the possession of Plaintiff.

6

**Request No. 13.**

All documents and communications that support, undermine, or relate to the denials and affirmative defenses raised in your Answer.

**Response**

Objection – this discovery request is unduly broad and impossible to respond to at this point in the proceedings as discovery has not been completed and it is unknown as to what documents and information will be relevant to the Answer of Defendant as well as any and all affirmative defenses. As for affirmative defenses, please refer to Plaintiffs' Preliminary Pre-Trial Statement. (Doc. 47).

**Request No. 14.**

All documents and communications you obtain pursuant to any public records request, subpoena, or investigation in connection with this action.

**Response**

None. Any documentation obtained by counsel is protected by the attorney work product doctrine.

**Request No. 15.**

All documents you intend to introduce as exhibits or otherwise rely on in this matter.

**Response**

Unknown at this time.

DATED this 23rd day of February, 2026.

STACEY & FUNYAK

By: _____
Calvin J. Stacey
*Counsel for Defendant Marc Cohodes*

As to Objections:                  By: _____
Calvin J. Stacey
*Counsel for Defendant Marc Cohodes*

8

## VERIFICATION

STATE OF M·T )

                       :ss

County of Gallatin )

I, Marc Cohodes, being first duly sworn, deposes and states:

I am the Defendant in the action entitled *Holbrook Holdings, Inc. v. Marc, Cohodes,* Cause No. CV-24-175-BU-JTJ, in the United States District Court for the District of Montana, Butte Division and I have supplied the answers/responses to Defendant's Answers to Plaintiff's First Set of Discovery Requests and Defendant's Responses to Plaintiff's First Set of Requests for Production and state that the answers/responses are true and correct to my own knowledge, except as to those matters stated on information and belief, and as to them I believe them to be true.

DATED this 27 day of February , 2026.

MARC COHODES

STATE OF MT )

                       :ss

County of Gallatin )

Subscribed and sworn to before me this 27ᵗʰ day of February , 2026.

Notary Public for the State of Montana
Residing at Belgrade MT
My Commission Expires: 12-8-2029

(Notarial Seal) KELLI ABEE
NOTARY PUBLIC for the
State of Montana
Residing at Belgrade, MT
My Commission Expires
December 8, 2029.

## CERTIFICATE OF SERVICE

I hereby certify that on the ㉑ day of February, 2026, a copy of the foregoing *Defendant's Responses to Plaintiff's First Set of Requests for Production* was served upon the following counsel of record via U.S. Mail/Email:

1.   Matthew J. Kelly
     Tarlow Stonecipher Weamer & Kelly, PLLC
     1705 West College Street
     Bozeman, MT  59715
     mkelly@lawmt.com

2.   Andrew C. Phillips (*Pro Hac Vice*)
     Shannon B. Timmann (*Pro Hac Vice*)
     Hannah Menchel (*Pro Hac Vice*)
     MEIER WATKINS PHILLIPS PUSCH LLP
     919 18th Street NW, Suite 650
     Washington, DC 20006
     Email: andy.phillips@mwpp.com
     Email: shannon.timmann@mwpp.com
     Email: hannah.menchel@mwpp.com

By: _____



**Marc Cohodes** ✅ @AlderLaneEggs · 6/1/25
Replying to @FriendlyBearSA and @0GBaconMemes

So people like **Holbrook** can attract Investors..

💬          🔁               ♡ 8              ᴵˡᶦ 721          🔖     ⬆

MC 0001



**Marc Cohodes** ✅ @AlderLaneEg… · 5/5/25  𝕏

**Holbrook** has their hands full and suing me has to be a "Concordia" moment.. @AureliusValue @SECGov @MorningstarInc .. Mark Thompson sued me for using the word "nonsense" I have been to these rodeos before

> **Marc Cohodes** ✅ @AlderLa… · 5/5/25
>
> How does a "High Rated" Morningstar Fund end up in this Garbage? @MorningstarInc Joe Six Pack deserves better. @SECGov Just a complete Train Wreck but when you get in Bed With Bryant Riley…. x.com/AlderLaneEggs/…



Babcock & Wilcox Enterprises Inc

**16.49**
▼ -0.79 (-4.59%)

MC 0002



**Marc Cohodes** ✅ @AlderLaneEg... · 5/5/25 𝕏

Why was there no disclosure of **Holbrook** dumping their Ill Liquid Baby Bonds back to $RILY for 92% of a private placement that doesnt trade.. @MorningstarInc is this ok with you? @SECGov needs to look into the concentrated and illiquid Portfolio of **Holbrook** Funds and their ties to Show more



MC 0003



## Marc Cohodes ✓ @AlderLaneEg... · 5/5/25 𝕏

Why would **Holbrook** Funds (who is suing me) own 45 % and 22% of these $BW Baby Bonds? Why? It so happens that $RILY and $BW are joined at the hip.. @MorningstarInc shouldnt you look into the concentrations of these illiquid Securities in a Mutual Fund Structure? @business @WSJ Show more



💬 4          🔁 2          ♡ 17          📊 16K          🔖          ⬆️

MC 0004

MC 0005

**Marc Cohodes** ✔ @AlderLaneEg... · 5/5/25  X

**Holbrook** and $Rily are indeed tied at the hip.... What a pair... So how does a Mutual Fund own 22 and 45% of an issue that $RILY is a related party to? In what world is this ok? @SECGov @MorningstarInc

Bryant Riley owned 1,373,213 shares of BW as of 4/2/25, according to RILY's 13D filed 4/2/25.

B. Riley Securities beneficially owned 15,573,362 shares of BW as of 4/2/25, according to B. Riley Securities' 13D filed 4/2/25.

So, the 28.8m number in BW's proxy is B. Riley Financial + Bryant Riley + B. Riley Securities. The 4/2 13D was filed to update B. Riley Financial's beneficial ownership of BW following the separation.

| 0.4400 | -0.0242 |
| 6.37 | -7.72 |
| 7.25 | -10.03 |



💬 3          ↑↓ 3          ♡ 16          ᵢₗᵢ 7K          ⬜          ↑



**Marc Cohodes** ☑ @AlderLaneE... · 3/28/25
Replying to @FriendlyBearSA

In my opinion **holbrook** has major problems and suing a Whistleblower which I am in their case opens up a can of worms.. Lets see what happens with their $BW debt @SECGov @business

💬          ↻          ♡ 4          ᴠ 856          🔖   ↑

MC 0006



**Marc Cohodes**  @AlderLaneE... · 3/28/25 X

This must relate to **Holbrook** and $RILY

 **The Friendly Bear** @Frie... · 3/28/25

If a plaintiff claims they're not "in cahoots" with an issuer then turns around and does a privately negotiated distressed debt exchange with said issuer, should the defendant consider Rule 11 ... Show more

💬 1          ⟲           2          ılıl 7.9K          🔖          ⬆

MC 0007



**Marc Cohodes** ✔ @AlderLaneE... · 8/12/24  𝕏

This Asshat who runs **Holbrook** $Hobix is not going to be smiling for long.. $RILY someone like the @SECGov should ask him how a Money Market Equivalent lost 1.5% today. @AureliusValue @FriendlyBearSA .The Asshat's name is Scott Carmack . Stay Tuned



HOLBROOK
— HOLDINGS —

# INVESTMENT TEAM

Scott Carmack

CEO & Portfolio Manager



MC 0008



**Marc Cohodes** ✅ @AlderLa... · 8/12/24  X

**Holbrook** needs to get Investigated. $RILY

> 🔘 **Buyside of Wall Street L...** ✅ · 8/12/24
>
> One of the biggest losers in Riley? A fund whose bmark is 1-3 UST/Corp, markets itself current income/preserve capital, 210bps in fees! & top 1% for last 5 years! Holbrook Capital-owns 3.7M+ RILY Bonds. PM Harvard Grad! Wow, @AlderLaneEggs @FriendlyBearSA @ParrotCapital



MC 0009

**Marc Cohodes** ✔ @AlderLane... · 11/10/24    X

Guy Gentile didnt like that I exposed him for beating his wife and kids, which in my book is just too dam bad.When you speak out against bad actors they try to shut you up by suing you.. It simply doesnt work with me... I reported **Holbrook** to the @SECGov for numerous violations Show more

💬 7          🔁 3          ❤ 38          ▮▮▮ 12K          🔖          ⬆

MC 0010



**Marc Cohodes** ✔ @AlderLa... · 11/13/24    𝕏

The one thing I know for sure in my latest Dust Up with **Holbrook** is that I have a few tricks up my sleeve and people out there running their mouths will not be happy $RILY

💬 3          ↻ 1          ♡ 21          ⌸ 7.8K          🔖

MC 0011



## Marc Cohodes  @AlderLane... · 10/11/24

**Holbrook** Funds(namely Scottie Carmack) does not like that I mention them and $RILY are tied to the hip. Scroll to the bottom and listen to this Asshat.. eaglefms.com/interviews/ @AureliusValue @FriendlyBearSA x.com/67585891sd/sta...

## This post is unavailable.

 1           2          ♡ 13          ılıı 12K

MC 0012



**Marc Cohodes** ✅ @AlderLaneE... · 9/27/24  X

This explains why attorneys have been hassling you, @FriendlyBearSA and myself... Something very very bad is brewing and can also explain why **Holbrook** is in tilt $RILY

 **AV** ✅ @AureliusValue · 9/27/24

Grand Juries now empaneled to investigate $ACHC malfeasance -- company admits that at least three different US Attorney's Offices involved, including SDNY. These hellish hospitals have treated patients horribly for years in order to juice profits.

Item 8.01    Other Events.

On September 24, 2024, Acadia Healthcare Company, Inc. ("Acadia") received a voluntary request for information from the United States Attorney's Office for the Southern District of New York as well as a grand jury subpoena from the United States District Court for the Western District of Missouri (W.D.Mo.) related to its admissions, length of stay and billing practices. In addition, Lakeland Hospital Acquisition, LLC, a subsidiary of Acadia, also received a grand jury subpoena from W.D.Mo. on the same day regarding similar subject matter. Acadia anticipates receiving similar document requests from the U.S. Securities and Exchange Commission and may receive additional document requests from other governmental agencies. Acadia is fully cooperating with authorities and, at this time, cannot speculate on whether the outcome of these investigations will have any impact on its business or operations.

○ 1        ⇅ 5        ♡ 23        �archlᴠ 11K        ▢        ⬆

MC 0013



# Marc Cohodes  @AlderLaneE... · 8/14/24

**Holbrook** has major problems

 **Sheida Rasooli** @RasooliS... · 8/14/24

$HOBIX shareholding in $SNCR is kinda interesting given the $RILY staged exit from their position. I wonder what the relationship is between the 3 parties

x.com/ParrotCapital/...

 3       17    14K

MC 0014



## Marc Cohodes ✅ @AlderLaneE... · 8/12/24    X

**Holbrook** Holdings | Funds... This outfit has major problems and is tied at the HIP to $RILY .... Run and walk from this financial charade... $RILY @AureliusValue @SECGov




Holbrook Holdings | Funds

From holbrookfunds.com

💬 4          ↻ 3          ♡ 21          ılıl 8.2K          🔖          ⬆

MC 0015



**Marc Cohodes** ✅ @AlderLa... · 8/12/24   X

**Holbrook** needs to get Investigated. $RILY

🟢 **Buyside of Wall Street L...** ✅ · 8/12/24

One of the biggest losers in Riley? A fund whose bmark is 1-3 UST/Corp, markets itself current income/preserve capital, 210bps in fees! & top 1% for last 5 years! Holbrook Capital-owns 3.7M+ RILY Bonds. PM Harvard Grad! Wow, @AlderLaneEggs @FriendlyBearSA @ParrotCapital



💬 1          ⇄ 3          ♡ 20          �ɪͷ 17K          🔖          ↥

MC 0016



**Marc Cohodes** ✨ @AlderLane... · 12/22/23  X

My Bet is **Holbrook** Invested in $RILY garbage in exchange for Bryant Riley touting **Holbrook**'s Shit Ass Mutual Fund to Riley's Wealth Clients.. No one is stupid enough to own this Dog Shit

 **Spence** ☕ ✅ @tspencer3... · 12/22/23

Replying to @missrobbie67 @AlderLaneEggs and 4 others

Makes you curious as to why Holbrook would do this... Seems like $RILY is just a big circle jerk of friends of friends, who loan each other money in a circle, and buy each other's garbage.

◯ 5          ↑↗ 5          ♡ 28          ⅃⌁ 18K          ⊓          ↑

MC 0017

Case 2:24-cv-00175-DLC    Document 53-5    Filed 05/13/26    Page 29 of 42

**Marc Cohodes** ✓ @AlderLane... · 12/22/23  X

**Holbrook** is finished as well, good luck selling all of this garbage $RILY

🐦 **missrobbie67** ✓ 👤★ @miss... · 12/22/23

Replying to @AlderLaneEggs @AureliusValue and 3 others

Here's Holbrook's Overlaps

**Holbrook Overlaps on 2 Large Riley Losing Position this QTR + owns a lot Riley's PFD!**

| % Owned | PFD Security | Series | | Recent Price | Est. Yield $25 PAR | Rating | Rating Agency | Book Runner |
|---|---|---|---|---|---|---|---|---|
| 2.1% | B. Riley | 6.500% | | S  17.49 | 9.29% | BBB⁺ | EJR | Joint Leads |
| 10.1% | B. Riley | 5.000% | | S  16.14 | 7.74% | BBB⁻ | EJR | Joint Leads |
| 23.4% | B. Riley | 5.500% | | S  17.78 | 7.73% | BBB⁻ | EJR | Joint Leads |
| 6.9% | Babcock & Wilcox | 6.500% | | S  17.25 | 9.42% | BB⁺ | EJR | Joint Leads |
| 22.1% | Babcock & Wilcox | 8.125% | | S  20.03 | 10.14% | BB⁻ | EJR | Joint Leads |
| 18.5% | Synchronoss | 8.375% | | S  19.40 | 10.79% | ? | ? | B Riley |

💬 4        🔁 4        ♡ 17        ᵢₗᵢ 13K        🔖        ⬆️

MC 0018



 **Marc Cohodes** ✓ @AlderLaneE... · 12/17/23
Asshat **Holbrook** best look in the mirror for his fund is just buried in all the toxic $Rily crap and he has been on Tilt all weekend.

**The Friendly Bear** ✓ @Frie... · 12/17/23
More weekend reading
documentcloud.org/documents/2050...

1) There was a malpractice suit against deal counsel Brown Rudnick...

💬          🔁 2          ♡ 11          📊 15K          🔖          ↑

MC 0019





**Marc Cohodes** ✅ **@AlderLaneE...** · 12/17/23 𝕏
**Holbrook** has huge problems, like he is a complete Asshat for owning all this garbage.

💬          🔁          ♡ 2          ᵢₗᵢ 222          🔖          ↑

MC 0020



# Holbrook Holdings

@HolbrookHldgs

Views expressed in this forum are macro in nature. These views are subject to change and should NOT be taken as investment advice.

⊙ Atlanta, GA    ⊘ holbrookholdings.com

🗓 Joined January 2016 ›

**509** Following  **1.6K** Followers

Posts    **Replies**    Videos    Photos

---

**Marc Cohodes** ☑ @AlderLa... · 12/17/23    𝕏

@FriendlyBearSA @AureliusValue @joe_bananas9 any idea how much $RILY , $RILY Baby Bonds or other related party $RILY related Shit this Asshat @HolbrookHldgs owns in his funds? He is on Tilt so it must be a lot.. Amazing the idiots who are attracted to this Fraud.

💬 4        ⟲ 3        ♡ 10        ᏺ 3.2K        🔖    ⬆

---

**Holbrook Holdings** @Holbr... · 12/17/23    ⊘

😂😂😂😂

💬 3        ⟲        ♡ 1        ᏺ 1.8K        🔖    ⬆

---

**Thompson Clark** ☑ @rtclark · 12/15/23    𝕏

If true, Point 76 makes it sound like $RILY actually the victim here!

MC 0021



**Holbrook Holdings** @Holbro... · 2d
Replying to @FriendlyBearSA and
@missrobbie67

The lawyers screwed up and paid the break fee so that there wasn't a malpractice suit which would have tainted the law firm for years. In exchange everybody signed non disclosures - it's simple. Law firms insurance probably ate most of it.

💬 1          🔁 1          ♡          📊 3,658          ⤴

**The Friendly Bear** ✅
@FriendlyBearSA

Replying to @HolbrookHldgs and @missrobbie67

## Really?

law.com
After Botched $1.36B Deal, Judge Absolves Brown Rudnick of Malpractice Claims | Ne...

6:11 AM · 17 Dec 23 · **261** Views

MC 0022

 **Post**

 **Holbrook Holdings**
@HolbrookHldgs

 Follow

Don't know the man – never met him. Lots of people go to Harvard.

9:52 AM · 12/17/23 · **22** Views

   

**This post has been deleted.**

MC 0023



# Post



**Holbrook Holdings**
@HolbrookHldgs



And what is @AlderLaneEggs anyways – a hypocrite who got wealthy off the backs of shareholders then shut down his hedge fund with massive shareholder losses...only to then create the narrative that he is cleaning up the world from greedy execs 😂😂😂😂😂

6:29 PM · 12/16/23 · **53** Views

         

**This post has been deleted.**

MC 0024



## Holbrook Holdings
@HolbrookHldgs

**Follow**

Sure did.  Also read the third party former SEC lawyer investigation saying no evidence of fraud in FRG – which is what RILY owns.  Also listened to the entire RILY presentation.  Also listened to @AlderLaneEggs run his mouth.

6:22 PM · 12/16/23 · **48** Views

**1** Like

**This post has been deleted.**

MC 0025

← **Post**

 **Holbrook Holdings**
@HolbrookHldgs



He even failed with $HOME – please read about how non other than Warren Buffett gave him a spanking

6:24 PM · 12/16/23 · **64** Views

MC 0026



**Holbrook Holdings**
@HolbrookHldgs

**Follow**

Replying to @FriendlyBearSA and @missrobbie6

The lawyers screwed up and paid the break fee so that there wasn't a malpractice suit which would have tainted the law firm for years.  In exchange everybody signed non disclosures – it's simple.  Law firms insurance probably ate most of it.

6:25 PM · 14 Dec 23 · **5,689** Views

**1** Quote   **1** Bookmark

MC 0027

12:52    .ull 🤙 5

 **Holbrook Holdings**
@HolbrookHldgs

Quickly?  Next two baby bond maturities basically covered with cash.  Next maturity after that? March 31st 2026. Honestly, don't know why I engage on this platform.  I should just STFU and get back to managing $1.5 billion and quit wasting the energy.

4:58 PM · 11/19/23 from Earth    **82** Views

**1** Like



 **DialecticThesis** @DialecticT... 5h
Term loans are amortizing and they burn cash on an operating basis. But yeah clearly have it figured out. Managing 1.5b defending this stock for a year despite it down massively in an up market. Your LPs probably don't mind since you manage 1.5b.

 **Holbrook Holdings** @Holbro... 5h
Hobix basix - look them up - no lp's

MC 0028



**Wolfpack Research** ✿ @Wol... · 28 Jul 23
$APLD this looks like the clearest case of insider trading since Martha Stewart, let's hope it ends the same way. Having said that, on any given day it seems like all dirt roads lead back to $RILY

> **The Friendly Bear** ✿ @Fri... · 28 Jul 23
> First article in a while. We are short $RILY and $APLD
> – we surfaced evidence $RILY is controlling $APLD (to the detriment of $APLD shareholders) and view this as o...

💬 4          🔁 4          ♡ 15          ᐧ�\ᴵ 7.9K          🔖          ⤳



**Holbrook Holdings** @Holbro... · 28 Jul 23
Keep rolling those puts big boy

ᐧ�\ᴵ 118

MC 0029



**Wolfpack Research** ✓ @W... · 05 May 23

1/

$RILY $43.5m of $15.1m net income ($1.50 per share) of earnings came from FV adjustments on loans receivable in 1Q23. This indicates operating cash flows were negative in Q1.

Loans Receivable Balance Roll Forward – March 31, 2023

| (unaudited, dollars in thousands) | December 31, 2022 | Gross Loan Funding | Sales, Repayments, and Conversions | Fair Value Adjustments | Capitalized Interest and Other | March 31, 2023 |
|---|---|---|---|---|---|---|
| Stock Receivables, at Fair Value | $ 318,109 | $ 145,278 | $ (138,877) | $ (182) | $ — | $ 324, |
| Loans Receivable, at Fair Value | 383,543 | 111,883 | (92,308) | 43,458 | 1,181 | 447, |
| Loans Receivable, at Fair Value | $ 701,652 | $ 257,161 | $ (231,185) | $ 43,276 | $ 1,181 | $ 772 |

💬 5         🔁 6         ♡ 14         📊 12.5K         🔖         ⤴



**Holbrook Holdings** @Holbr... · 05 May 23
So double and triple down on your short – and get your audience to follow. Please.

📊 367

MC 0030

 **Holbrook Holdings** @Holbr... · 12 Mar 23
The amount of rubbish on fintwit this weekend is off the charts. A bunch of people spewing nonsense without any knowledge about banking. Fintwit should be renamed nitwit.

1.2K

MC 0031