# Exhibit 6

**STACEY & FUNYAK**
ATTORNEYS AT LAW
THE GRAND BUILDING, SUITE 700
100 NORTH 27TH STREET
P.O. BOX 1139
BILLINGS, MONTANA 59103-1139

CALVIN J. STACEY
KEVIN M. FUNYAK
MORGAN M. SORENA*
*Also Licensed in California & New York

PHONE:   406-259-4545
FAX:   406-259-4540

March 10, 2026

*Via Email Only*

Andrew C. Phillips
Meier Watkins Phillips Pusch LLP
919 18th Street NW, Suite 650
Washington, DC    20006
andy.phillips@mspp.com

RE:    *Holbrook Holdings, Inc. v. Marc Cohodes*
       *Case No.       2:2-cv-24-175-BU-JTJ*

Dear Andy:

I acknowledge receipt of your March 5th letter in regard to discovery issues based upon my client's recent discovery responses.   You have asked for a response by March 12th.

I will be unable to review this matter in its entirety and fully and completely respond to the numerous issues which you and your client have raised by way of your letter.   I am currently out of the state of Montana on a semi-vacation that was planned some time ago with a limited ability to fully respond to the many issues raised by way of your letter.   I will not be returning to Montana until the week of March 23rd at which time I am scheduled in a number of out of town mediations.   As a consequence, I must respectfully request that the one week time frame that you requested a response to the numerous issues be extended to Friday, April 3rd.   I will try to work on some of these matters in the meantime, but to be on the safe side, this is the amount of time needed.   Unfortunately, your request came in at a time when I am unable to devote the necessary time in order to fully and completely respond so that perhaps we can avoid getting the Court involved.

Mr. Andrew Phillips
March 10, 2026
Page 2

Sincerely yours,

*Calvin J. Stacey*

Calvin J. Stacey
CJS:trl
*Dictated but not read to avoid delay in emailing.*

cc:    Matthew Kelly
        Shannon Timmann
        Hannah Menchel
        Mark Thomson
        Devin Bolger
        Morgan Sorena