# Exhibit 10

**STACEY & FUNYAK**
ATTORNEYS AT LAW
THE GRAND BUILDING, SUITE 700
100 NORTH 27TH STREET
P.O. BOX 1139
BILLINGS, MONTANA 59103-1139

CALVIN J. STACEY
KEVIN M. FUNYAK                                             PHONE:  406-259-4545
MORGAN M. SORENA*                                          FAX:  406-259-4540
 *Also Licensed in California & New York

April 23, 2026

_**Via Email Only**_
_andy.phillips@mwpp.com_

Andrew C. Phillips
Meier Watkins Phillips Pusch LLP
919 18th Street NW, Suite 650
Washington, DC    20006

**RE:   _Holbrook Holdings, Inc. v. Marc Cohodes_**
      **_Case No._**     **_CV-24-175-BU-DLC_**

Dear Andy:

As a follow up to my April 17th letter, as you know, I requested from Mr. Fred Norton's office copies of all TCRs that had been referenced by Mr. Cohodes' Declaration filed in the declaratory judgment action but also any and all TCRs that might refer to your client or B. Riley. These documents which I am now producing supplement previous discovery responses which will formally be supplemented at the appropriate time. However, in the meantime, I wanted to get these documents to you. After reviewing them, I have made no redactions however as the Court indicated, the parties can stipulate to a Protective Order and the Court does not need to issue a formal Order. I would like to have these documents subject to a Protective Order that you and I can agree upon but I do not want to delay the production since I did promise that I was seeking the TCRs and would produce them.

Sincerely yours,

*Calvin J. Stacey*

Calvin J. Stacey
CJS:bls

Enclosures:    BATES MC 0032- MC 0212 (TCRs)

_Via electronic signature for emailing purposes only._