# Exhibit 11

SHARTSIS FRIESE LLP
JAHAN P. RAISSI (Bar #168599)
jraissi@sflaw.com
425 Market Street, Eleventh Floor
San Francisco, CA  94105-2496
Telephone:     (415) 421-6500
Facsimile:     (415) 421-2922

Attorneys for Non-Party ORSO PARTNERS, LP

# UNITED STATES DISTRICT COURT

# DISTRICT OF MONTANA

| | |
|---|---|
| HOLBROOK HOLDINGS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARC COHODES,<br><br>                    Defendant. | Case No. CV 24-175- BU-DLC<br><br>**NON-PARTY ORSO PARTNERS, LP'S RESPONSE AND OBJECTION TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS** |

SHARTSIS FRIESE LLP
425 MARKET STREET
ELEVENTH FLOOR
SAN FRANCISCO, CA  94105-2496

Non-Party ORSO PARTNERS, LP ("Orso") hereby responds and objects to the Subpoena for Production of Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") issued on behalf of Plaintiff HOLBROOK HOLDINGS, INC. ("Holbrook"), as follows:

## GENERAL OBJECTIONS

1.      Non-party Orso objects to each and every "instruction" and "definition" described in Exhibit A of the Subpoena to the extent that they exceed the obligations of a non-party pursuant to Federal Rule of Civil Procedure 45 and applicable law, including, but not limited to, on the grounds that such instructions and definitions are burdensome and oppressive and do not comply with the admonition of Fed. R. Civ. P. 45(c)(1) that a subpoena to a non-party shall "avoid imposing undue burden or expense on a person subject to that subpoena." In particular, the instructions and definitions are excessively expansive so as to render the Subpoena overly broad and makes literal compliance with the Subpoena unduly burdensome and beyond the scope of permissible discovery.

2.      Non-party Orso objects to the Subpoena to the extent that it requests information protected from disclosure by any privilege, including the attorney-client privilege, the work product doctrine and/or other applicable privilege. Orso and its counsel hereby assert those privileges, and no such information that is privileged or protected by the work product doctrine shall be produced.

3.      Non-party Orso objects to the date requested for production as imposing an undue burden.

4.      The responses set forth herein are made solely for the purpose of responding to the Subpoena. The responses contained herein are necessarily made without prejudice to Orso's right to modify or supplement the responses herein and are further given without prejudice to provide further objections omitted by these responses as a result of oversight, inadvertence, good faith error, or mistake.

//

SHARTSIS FRIESE LLP
425 MARKET STREET
ELEVENTH FLOOR
SAN FRANCISCO, CA 94105-2496

- 1 -

**REQUEST FOR PRODUCTION NO. 1:**

All Communications between Orso Partners, LP—including its principals, partners, employees, and agents—and Marc Cohodes concerning Holbrook, BRC Group Holdings, Inc., or B. Riley Financial, Inc., since January 1, 2021.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

1. Non-party Orso is not a party to this litigation. The parties in this case have an obligation to minimize the burden, expense, and inconvenience of discovery requests to non-parties such as Orso. The overly broad, general request in the Subpoena - requesting "all" communications for a period of over 5 years without any limitation as to specific topics relevant to the litigation, imposes an unacceptable burden and expense on a non-party and Orso objects to the Subpoena on that basis.

2. Non-party Orso also objects to the Subpoena on the basis that the requested documents are by-definition available to Plaintiff from the Defendant in the litigation, and should be obtained from a party to the litigation to avoid undue burden and expense on non-party Orso.

3. Non-party Orso further objects to the Subpoena on the basis that the stated time period of 2021 onwards is overly broad, unduly burdensome and expensive, and beyond the scope of permissible discovery in that the conduct complained of in the Complaint did not begin until the end of 2023 according to Plaintiff's own allegations.

4. Non-party Orso further objects to the Subpoena to the extent that it seeks personal information which is afforded privacy protection under California and federal law.

5. Non-party Orso further objects to the Subpoena to the extent that it seeks Orso's confidential and/or proprietary business, commercial or trade secret information about publicly traded securities that is protected from discovery under California and federal law.

6. Non-party Orso also objects to the Subpoena on the basis that it is overbroad and beyond the scope of permissible discovery in that the subject matters of B. Riley and BRC Group Holdings, Inc. are not related to any alleged personal attacks on Plaintiff.

SHARTSIS FRIESE LLP
425 MARKET STREET
ELEVENTH FLOOR
SAN FRANCISCO, CA 94105-2496

- 2 -

Dated:  April 6, 2026                                      SHARTSIS FRIESE LLP


By:          JAHAN P. RAISSI

Attorneys for Non-Party ORSO PARTNERS, LP

SHARTSIS FRIESE LLP
425 MARKET STREET
ELEVENTH FLOOR
SAN FRANCISCO, CA  94105-2496

- 3 -

Case No.                    NON-PARTY ORSO PARTNERS, LP'S RESPONSE AND OBJECTION
CV 24-175- BU-DLC          TO PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS
13860\001\10880689