# Exhibit 12

| | |
|---|---|
| **Subject:** | Re: Holbrook Holdings, Inc. v. Marc Cohodes; Case No. CV-24-175-BU-DLC |
| **Date:** | Wednesday, May 6, 2026 at 2:13:14 PM Eastern Daylight Time |
| **From:** | Andrew Phillips |
| **To:** | Cal Stacey |
| **CC:** | Mark Thomson, Matt Kelly |
| **Attachments:** | image001.png, image002.png |

I'll add that once you've seen the motion, we will of course remain open to a resolution of it without having to go through full briefing and a hearing.  All we want is for Mr. Cohodes to actually engage in discovery.  But at this point I am quite certain we need a motion on file to create a little urgency for him to do that.  If I don't hear from you by end of day tomorrow, I'll assume for these purposes that Mr. Cohodes objects to the motion.

Andrew C. Phillips

Managing Partner

Meier Watkins Phillips Pusch LLP

1120 20th Street NW, Suite 550

Washington, DC 20036

Direct: 847.951.7093

www.mwpp.com

  

---

**From:** Andrew Phillips <andy.phillips@mwpp.com>
**Date:** Wednesday, May 6, 2026 at 2:04 PM
**To:** Cal Stacey <cstacey@staceyfunyak.com>
**Cc:** Mark Thomson <mark.thomson@mwpp.com>, Matt Kelly <mkelly@lawmt.com>
**Subject:** Re: Holbrook Holdings, Inc. v. Marc Cohodes; Case No. CV-24-175-BU-DLC

Cal,

You have responded to my letters, but the responses did not meaningfully address the issues we've raised, nor have we received the supplemented discovery responses and documents we've been seeking for months.  That's kind of the point – there has been endless delay with non-responsive letters, and no discovery.  I don't need another such letter from you, I need interrogatory responses and documents.

I don't think it should take until Monday to answer whether you agree to provide supplemental responses and documents within 14 days or not.  If you are willing to do that, we'd be happy to have the motion be unopposed so that we can get an agreed order on it.

Andrew C. Phillips

Managing Partner

**Page 1 of 3**

MEIER WATKINS PHILLIPS PUSCH LLP

1120 20th Street NW, Suite 550

Washington, DC 20036

Direct: 847.951.7093

www.mwpp.com

  

---

**From:** Cal Stacey <cstacey@staceyfunyak.com>
**Date:** Wednesday, May 6, 2026 at 2:00 PM
**To:** Andrew Phillips <andy.phillips@mwpp.com>
**Cc:** Mark Thomson <mark.thomson@mwpp.com>, Matt Kelly <mkelly@lawmt.com>
**Subject:** Re: Holbrook Holdings, Inc. v. Marc Cohodes; Case No. CV-24-175-BU-DLC

I will not be able to respond to your letter by tomorrow. I am in Bozeman in a mediation the entire day. However, I will try to get a response to you no later than next Monday if that is acceptable to you.

Get Outlook for iOS

---

**From:** Andrew Phillips <andy.phillips@mwpp.com>
**Sent:** Wednesday, May 6, 2026 11:58:08 AM
**To:** Cal Stacey <cstacey@staceyfunyak.com>
**Cc:** Mark Thomson <mark.thomson@mwpp.com>; Matt Kelly <mkelly@lawmt.com>
**Subject:** Re: Holbrook Holdings, Inc. v. Marc Cohodes; Case No. CV-24-175-BU-DLC

Hi Cal,

With respect to your letter of April 23 and my multiple prior letters regarding Mr. Cohodes's discovery responses:

As you know, Holbrook served its interrogatories and requests for production at the end of December.  More than four months later, we do not have full and sufficient interrogatory responses, nor have they been supplemented in response to our repeated requests.  Mr. Cohodes has also produced almost no documents, aside from publicly available social media posts, letters between counsel, and a handful of SEC submissions.  And he has not committed to any timeline for doing so.  I appreciate that you are busy, and that complying with his discovery obligations in this case may not be Mr. Cohodes's top priority.  But we have been more than patient and believe that at this point it is necessary to ask the Court to compel Mr. Cohodes to comply with his discovery obligations so that we can move this case forward.

**We intend to file a motion to compel Mr. Cohodes to respond fully to Interrogatories Nos. 1, 5, and 9, and to produce all documents responsive to RFPs Nos. 2, 4, and 6, within 14 days.** Pursuant to Local Rule 7.1, please let me know by <u>close of business tomorrow</u> if the motion is opposed, or if Mr. Cohodes will commit to supplying supplemented responses and all documents within 14 days.

**Page 2 of 3**

Andrew C. Phillips
Managing Partner
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th Street NW, Suite 550
Washington, DC 20036
Direct: 847.951.7093
www.mwpp.com

  

---

**From:** Cal Stacey <cstacey@staceyfunyak.com>
**Date:** Thursday, April 23, 2026 at 5:15 PM
**To:** Andrew Phillips <andy.phillips@mwpp.com>
**Subject:** RE: Holbrook Holdings, Inc. v. Marc Cohodes; Case No. CV-24-175-BU-DLC

Dear Andy:

Please see my letter of today's date with referenced production attached hereto.

## Calvin J. Stacey

**STACEY & FUNYAK LAW FIRM**
The Grand Building
100 North 27th Street, Suite 700
P.O. Box 1139
Billings, Montana  59103-1139
Telephone:  (406) 259-4545
Fax:  (406) 259-4540
cstacey@staceyfunyak.com

**CONFIDENTIALITY NOTICE:** This electronic message is intended to be viewed only by the individual or entity to whom it is addressed.  It may contain information that is privileged, confidential and exempt from disclosure under applicable law.  Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.