Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th Street NW, Suite 550
Washington, DC 20036
Telephone: (202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., | Civil Action No. CV-24-175-BU-JTJ |
| Plaintiff, | |
| v. | **NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES** |
| MARC COHODES, | |
| Defendant. | |

Plaintiff Holbrook Holdings filed a Motion to Compel Discovery Responses [Dkt. 52] and brief in support thereof [Dkt. 53] on May 13, 2027.  Under Local Rule 7.1(d)(1)(B)(ii), Defendant Marc Cohodes's response to Plaintiff's Motion to Compel was due on or before May 27, 2026.  Defendant failed to file a response by the deadline, but rather informed Plaintiff that the brief would be filed late via letter. That letter states, in part: "Defendant's Brief in Opposition to Plaintiff's Motion to Compel will be filed by noon tomorrow, due to some administrative delays on our part. The Brief filed tomorrow will provide the Court with the enclosed First Supplemental Discovery Responses with all attachments/exhibits."

Defendant did not file a motion for extension with the Court, nor did the Defendant seek an extension. Accordingly, Plaintiff's Motion to Compel is ripe for ruling, and Defendant's failure to oppose the Motion should be "deemed an admission that the motion is well-taken." *See* L.R. 7.1(d)(1)(B)(ii), (D).

Dated: May 28, 2026

*/s/ Matthew J. Kelly*
Matthew J. Kelly
TARLOW STONECIPHER WEAMER
& KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)

1

MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
(202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

*Counsel for Plaintiff Holbrook Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ Matthew J. Kelly
Matthew J. Kelly

2