Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th Street NW, Suite 550
Washington, DC 20036
Telephone: (202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., | Civil Action No. CV-24-175-BU-JTJ |
| Plaintiff, | |
| v. | **WITHDRAWAL OF NOTICE OF NON-OPPOSITION OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES** |
| MARC COHODES, | |
| Defendant. | |

On May 28, 2026, Plaintiff's filed their "Notice of Non-Opposition." In that Notice, Plaintiff pointed out that Defendant had failed to respond to the Plaintiff's Motion to Compel within the time period allowed by the rule. In the Notice, Plaintiff identified that Defendant had sent a letter informing of an expected delay, but did not request an extension, nor did Defendant seek leave of Court.

Defendant has requested that Plaintiff withdraw the Notice of Non-Opposition as a matter of professional courtesy and Plaintiff has agreed. The Plaintiff agrees that the issues raised in the Motion to Compel should be heard and resolved by the Court.

Accordingly, Plaintiff withdraws its Notice of Non-Opposition and respectfully requests that the Court rule on the Motion to Compel when it has been fully briefed by the parties and heard if the Court requests.

DATED this 1st day of June, 2026.

/s/ Matt J. Kelly
Matthew J. Kelly
TARLOW STONECIPHER WEAMER
& KELLY, PLLC
1705 West College Street
Bozeman, MT 59715
(406) 586-9714
mkelly@lawmt.com

Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
(202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

*Counsel for Plaintiff Holbrook Holdings, Inc.*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Matt J. Kelly*
Matthew J. Kelly

2