Matt J. Kelly
TARLOW STONECIPHER
WEAMER & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715-4913
Telephone: (406) 586-9714
Facsimile: (406) 586-9720
mkelly@lawmt.com
Andrew C. Phillips (*Pro Hac Vice*)
Mark Thomson (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th Street NW, Suite 550
Washington, DC 20036
Telephone: (202) 318-3655
andy.phillips@mwpp.com
mark.thomson@mwpp.com
shannon.timmann@mwpp.com
hannah.menchel@mwpp.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| HOLBROOK HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARC COHODES, <br><br> Defendant. | Civil Action No. CV-24-175-BU-JTJ <br><br> **AFFIDAVIT OF ANDREW C. PHILLIPS REGARDING ATTORNEY FEES AND COSTS** |

I, Andrew C. Phillips, being duly sworn, depose and say as follows:

1.    My name is Andrew C. Phillips. I am over 18 years of age and competent to provide the information in this Affidavit.

2.    I am the Managing Partner of the Washington, D.C. law firm Meier Watkins Phillips Pusch LLP, counsel for Plaintiff Holbrook Holdings, Inc. in the above-captioned case.

3.    This Affidavit is being filed pursuant to Paragraph 9a of the Court's Scheduling Order, which provides that, once a motion to compel discovery is fully briefed, each party shall file an affidavit detailing its known costs and fees associated with the motion.

4.    This Affidavit is provided to detail Plaintiff Holbrook Holdings, Inc.'s costs and fees associated with the filing of Plaintiff's Motion to Compel Discovery Responses [Dkt. 52] ("Motion"), the Brief in support thereof [Dkt. 53] ("Brief"), the Declaration of Andrew C. Phillips in support thereof [Dkt. 53-1] ("Declaration") and the Reply in support thereof [Dkt. 57] ("Reply").

5.    The Motion and Brief were principally prepared by me and Mark Thomson, a Partner at Meier Watkins Phillips Pusch LLP. Billing records reflect that Mr. Thomson spent a total of 8.5 hours reviewing the relevant discovery requests and related correspondence, researching case law, and drafting the Brief. Mr. Thomson's hourly rate for this matter is $925/hr.

6.    I spent a total of 12.5 hours reviewing and revising the Brief, as well as preparing the Motion and Declaration. My hourly rate for this matter is $1,250/hr.

7.    Archith Ramkumar, a Senior Associate at Meier Watkins Phillips Pusch LLP, also contributed and spent 2.25 hours drafting and revising the Brief. Mr. Ramkumar's hourly rate for this matter is $775/hr.

8.    Matt J. Kelly of Tarlow Stonecipher Weamer & Kelly PLLC in Bozeman, Montana is co-counsel for Plaintiff. Mr. Kelly spent 2.4 hours reviewing and revising the Motion and Brief,

and coordinating the filing of the Motion, Brief, and Declaration. Mr. Kelly's hourly rate for this matter is $400/hr.

9.     In total the attorneys' fees associated with the Motion, Brief, and Declaration are $26,191.25.

10.     The Reply in Support of the Motion was prepared by Mr. Thomson. Mr. Thomson spent 20.25 hours reviewing Defendant's opposition to the Motion, including the discovery responses referenced therein, reviewing and researching case law, and drafting the Reply.

11.     In total the attorneys' fees associated with the Reply are $18,731.25.

12.     In total, the attorneys' fees associated with the Motion, Brief, Declaration, and Reply are $44,922.50.

13.     I have personally reviewed the billing records referenced above and attest to their accuracy. I believe the rates charged by counsel for Plaintiff in this matter are reasonable for the work completed on the Motion, Brief, Declaration and Reply. The rates charged by the Meier Watkins Phillips Pusch LLP attorneys for this matter represent a significant discount off of the firm's current hourly rates.

14.     Plaintiff did not incur any significant costs associated with the Motion, Brief, Declaration, or Reply.

15.     I understand that I am swearing or affirming, under oath, to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making false statements under oath may include fines or imprisonment, or both.

FURTHER SAYETH THE AFFIANT NAUGHT

Andrew C. Phillips

District of Columbia.

Signed and sworn before me on this 10th day of June , 2026.

Dated:        June 18, 2026.

_____

Notary Public        (Commission Expires)

State of: _____
County of: District of Columbia
The foregoing instrument was acknowledged
before me 10 day of June , 2026

Jeniah Campbell
Your Name Here, Notary Public
My Commission Expires   4/30/2031

4