Calvin J. Stacey
Morgan M. Sorena
STACEY & FUNYAK
P.O. Box 1139
Billings, MT 59103-1139
Phone: (406) 259-4545
cstacey@staceyfunyak.com
msorena@staceyfunyak.com

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

_____

|  |  |  |
|---|---|---|
| HOLBROOK HOLDINGS, INC. | ) | CAUSE NO.: CV-24-175-BU-JTJ |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **DEFENDANT'S RESPONSE TO** |
|  | ) | **SUPPLEMENTAL AFFIDAVIT OF** |
| MARC COHODES, | ) | **ANDREW C. PHILLIPS** |
|  | ) | **REGARDING ATTORNEY FEES** |
| Defendant. | ) | **AND COSTS** |
|  | ) | **(DOC. 60)** |

_____

The Court, by way of its Order (Doc. 59), in granting Plaintiff Holbrook Holdings, Inc.'s Motion to Compel, awarded Plaintiff Holbrook Holdings, Inc. fees and costs associated with the Motion. However, the Court in noting that counsel for Plaintiff Holbrook Holdings, Inc. had filed an Affidavit outlining the total hours spent in counsels' hourly rate require counsel to provide a supplemental Affidavit providing time sheets supporting the request as well as reevaluating the hourly rates

1

requested considering the prevailing hourly rates within the District of Montana.

Counsel for Plaintiff Holbrook Holdings, Inc. submitted his Supplemental Affidavit (Doc. 60) on July 9, 2026. Pursuant to the Court's Order, Defendant had 14 days from the date of that filing to submit any objections to the amount requested.

Defendant, after reviewing the Supplemental Affidavit in the amount of $16,697.50 representing the reduced hourly rate and setting forth nearly 45 hours spent in preparing the Motion to Compel and Reply Brief as well as the Declaration between two or three partners and one senior associate has no objection to the hourly rate and will not challenge the number of hours spent in regard to the Motion to Compel thus has no objection to the requested award of $16,697.50 in attorney fees request.

**DATED** this 23rd day of July, 2026.

STACEY & FUNYAK

By:   /s/Calvin J. Stacey
Calvin J. Stacey
*Counsel for Defendant Marc Cohodes*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of July, 2026, a copy of the foregoing ***Defendant's Response to Supplemental Affidavit of Andrew C. Phillips Regarding Attorney Fees and Costs (Doc. 60)*** was served upon the following counsel of record by the following means:

| | |
|---|---|
| <u>1,2,3</u> | CM/ECF |
| _____ | Hand Delivery |
| _____ | U.S. Mail |

1.   Clerk of Court

2.   Matthew J. Kelly
Tarlow Stonecipher Weamer & Kelly, PLLC
1705 West College Street
Bozeman, MT   59715
mkelly@lawmt.com

3.   Andrew C. Phillips (*Pro Hac Vice*)
Shannon B. Timmann (*Pro Hac Vice*)
Hannah Menchel (*Pro Hac Vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com
Email: shannon.timmann@mwpp.com
Email: hannah.menchel@mwpp.com

By:   <u>/s/Calvin J. Stacey</u>